Pre-lim

Page 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 0 6 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ransom Cody Carr )
Plaintiff )
)
DR. John Doe    vs. (1-25) )
Registered Nurse Jane Doe (1-25) ) Case No. __16-1469__
S. Welch Healthcare Administrator )
Healthcare Provider McLean County Jail )
Sheriff John Sandage McLean County Jail )
Defendant(s) )

## COMPLAINT

X  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Ransom Cody Carr, and states as follows:

My current address is: 13423 E. 150th Ave Robinson, IL 62454

The defendant (RN) Jane Doe is employed as Registered Nurse at McLean County Jail

The defendant S. Welch is employed as Healthcare Provider Administ. at McLean County Jail

The defendant _____, is employed as Health Care Provider at McLean County Jail

The defendant John Sandage, is employed as Sheriff at McLean County Jail

(revised 9/96)

The defendant DR. John Doe, is employed as Doctor at McLean County Jail.

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?       Yes       (No)

If yes, please describe

Will be filing another 1983 civil suit for failure to protect

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes       (No)

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

  2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

   NONE

4. Basic claim made

   NONE

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

   NONE

6. Approximate date of filing of lawsuit   N/A

7. Approximate date of disposition

   N/A

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? (Yes)   No

B. Have you filed a grievance concerning the facts relating to this complaint? (Yes)
No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   (Yes)   No

   PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

Please see attached grievances filed at McLean County Jail about hurting my knee and not receiving medications which were prescribed. plaintiff received answers to grievances yet there was no further administrative process to appeal. inmates are not given any instructions to forward any grievances to another level or send any grievance to Springfield, IL or anything on 7-8-16 plaintiff wrote a grievance about his knee which was a medical grievance. this should of been answered by a (CRW) Counselor or forwarded to medical, yet this was answered by a Sargeant. this inmate exhausted all administrative remedies.

# STATEMENT OF CLAIM

Place of the occurrence  McLean County Jail

Date of the occurrence  July 6, 2016

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Plaintiff Ransom Cody Carr on behalf of himself brings this 1983 Civil Action Against defendants: unknown Medical Healthcare Provider at McLean County Jail, RN (Nurse Jane Doe) S. Welch Healthcare unit administrator, and Mr. John Sandage Sheriff McLean County Jail for violations of plaintiffs 8th Amendment rights to Cruel + Unusual punishment, and Deliberate Indifference to a serious medical need.

## Jurisdiction

This court has jurisdiction pursuant to U.S.C. 1331 + 1343 This Civil Action seeks compensatory + punitive damages under 28 U.S.C. 1343, 2201, 2202 and 42 U.S.C. 1983. Plaintiff also motions for a preliminary injunction to have IDOC give the plaintiff the opportunity to receive surgery to have his knee surgically repaired.

## Venue

Venue is proper under 28 U.S.C. 1391(b) because the defendants reside in the Central district of Illinois and because all of the events in the plaintiffs complaint occured in the Central district of Illinois.

## Plaintiff

Prisoner Plaintiff Ransom Cody Carr ("plaintiff Carr") is within the custody of the Illinois Department of Corrections and being housed at Robinson Correctional Center (RCC) in Robinson, IL.

## Count 1 - (RN) Registered Nurse (Jane Doe)

Plaintiff feels his 8th Amendment rights to cruel + unusual punishment and Deliberate Indifference to a serious medical need were violated by RN Registered Nurse (Jane Doe). Plaintiff believes this because on or about July 6, 2016 while at the McLean County Jail I had gotten into a fight with another inmate in the day room. During this altercation my knee was hurt very badly where I could not walk. I was assisted to Healthcare where I was seen by RN (Jane Doe). She had looked at my knee stating "my knee was fine". Even though my knee was swollen and I was in pain I was not given any medication or ice at this time.

Plaintiff requested to be given an x-ray or an MRI to see the extent of the damage to his knee. This was denied as there is no x-ray machine at the McLean County Jail. This RN (Jane Doe) clearly knew the plaintiffs knee was not fine yet did nothing about it.

1:16-cv-01469-JES  # 1  Page 7 of 12

Plaintiff was simply taken back and placed in a segregation cell. I had several problems with this as I was supposed to be segregated yet other inmates were put in the cell with me. My knee was hurt and I informed the Sargeant + inmate services I could not protect myself. I was told I could not be cleared to go into population until seen by medical yet I could not see medical. I continued complaining about the pain I was in with my knee. I finally seen a lady with inmate services + Sgt. Proctor who finally called someone and during the evening of July 6, 2016 I was taken to St. Joseph's hospital in Bloomington, IL where x-rays were given and I had 2 fractures in my knee. Paperwork was forwarded to medical at McLean County Jail where I was prescribed 3x pain medications daily as well as ice packs 3x daily. I was brought back to McLean County Jail yet hardly was given pain medication + ice packs. (please see requests + grievance attached). Mrs. S. Welch of the Healthcare Administrator acknowledged the fact of me not receiving this medication + ice packs when needed.

### Count 2 - Dr. (John Doe)

Plaintiff feels his constitutional rights were violated for Deliberate Indifference to a serious medical need.

Knew this. RN (Jane Doe) and doctor (John Doe) knew this yet did nothing until orders came from the hospital to do so. Any reasonable nurse, or doctor, or healthcare administrator would of concluded that pain medication should of been immediately administered to the plaintiff after the incident happened. Again as can be seen by requests these ordered pain medications + ice packs were hardly given. Plaintiff feels this was clearly deliberate indifference where they knew of plaintiffs injury yet did nothing to give plaintiff pain medications. The healthcare administrator also stated to the plaintiff, "IDOC would be taking care of your surgical procedure on your knee".

Since being sent to Robinson Correctional in IDOC I have repeatedly requested to be given medical records and asked about my knee and when I would be getting this taken care of. Dr. Shah gave a bottom bunk permit, and tylenol + x-ray. It is clearly known an x-ray only sees problems with bones. MRI sees ligament tears. When told about medical procedure and what doctors in Bloomington, IL said Dr Shah responded," we have our own doctors". And my medical file was supposed to follow me. I have not heard another word from this Doctor here at Robinson.

plaintiff believes this because this Dr. (John Doe) did nothing to look at the plaintiff's knee. or give any medication after knowing the pain the plaintiff was in. requests were put in for pain medications and ice packs but the plaintiff rarely got them. plaintiff had asked this doctor for an x-ray yet was denied because there is not one available. Dr (John Doe) knew there was problems with the plaintiff's knee by simply seeing the swelling of the knee yet did nothing.

### Count 3  Healthcare Administ. S. Welch

Plaintiff feels his constitutional rights to Deliberate indifference to a serious medical need were violated by S. Welch the Healthcare provider Administrator at McLean County Jail. plaintiff believes this because defendant S. Welch and Dr. John Doe were obligated to confer with each other and report to whomever the medical director for this Healthcare Provider is.
1 or 2 months later plaintiff was taken to an orthopedic surgeon in Bloomington, IL where I seen Dr. Armstrong where blood had to be taken off my knee. this should of been noticed by Dr (John Doe) at the McLean County Jail. This orthopedic surgeon had stated, " I have been doing this a long time and can clearly see you have a tear in your knee". Any lay person would

### Count 4 - Medical Provider McLean County Jail

Plaintiff feels his Constitutional rights under deliberate indifference to a serious medical need. Plaintiff believes this because the medical provider at McLean County Jail is under contract to provide medical services to inmates on a budgeted bid. This healthcare provider institutes policys + procedures that incentivice employees to provide less than adequate medical treatment to inmates so that cost considerations and budgetary concerns can be met.

### Count 5 - Sheriff John Sandage McLean County Jail

Plaintiff feels his 8th Amendment rights to cruel and unusual punishment and deliberate indifference to a serious medical need. Plaintiff believes this because Sheriff John Sandage clearly knew of plaintiff's injury to his knee, and lack of medications given ie... pain medications + ice packs.
Sheriff John Sandage is personally responsible for establishing, implementing, overseeing, monitoring, and enforcing system wide policies + procedures with the medical healthcare provider to provide proper healthcare to inmates. Any lay person would know that the healthcare provider + Sheriff John Sandage knew of a "cost consideration" policy with this Healthcare

provider which went through Medicare which directly affected the plaintiffs ability to obtain proper medication + medical attention.

### Facts of the claim.

On July 6, 2016 plaintiff got into a fight in the dayroom while in the McLean County Jail. During this fight plaintiff had hurt his knee seriously. After finally getting the officers attention he was assisted to health care. Plaintiff seen RN (Jane Doe) who observed his knee stating, "it was fine". No pain medications or ice packs were given. Plaintiff was put in segregation in the same bloody clothing he had on. Even though in segregation the plaintiff was put in a cell with other inmates. With an injured knee the plaintiff could not protect himself. Throughout this day plaintiff was having continued pain in his knee. Finally plaintiff seen someone with inmate services who called informing them of the plaintiffs knee. Plaintiff was later taken to the St. Josephs hospital in Bloomington, IL where x-rays were taken (they have no x-ray machine at McLean County Jail.) During this time 2 fractures in the knee were found. Prescription orders were forwarded to McLean County Jail but as can be seen by requests and answers and acknowledgements by S. Welch the Healthcare

Administrator she knew plaintiff was not properly receiving ordered pain medications. It was not until the following day at 10:30 am that the plaintiff was finally given pain medication.

These meds + ice packs were to be given 3x daily yet never were. plaintiff grieved this issue even asking on one request when my prescription was up because I was hardly getting these pain meds. this response was sent back stating ", purchase on commisary request dated 7/27/16

Approximately 1-2 months later plaintiff was sent after numerous complaints to an orthopedic surgeon in Bloomington, IL Dr. Armstrong who gave the plaintiff an MRI. Dr. Armstrong stated," I have been doing this a long time and know you have a tear in your knee. On the last day I was at McLean County Jail I was brought to Healthcare where I spoke with S. Welch the healthcare administrator who finally gave me my results from my MRI showing a tear in my knee. Showing I needed a surgical procedure. This was told to me on the day before I was leaving for IDOC. Mrs. Welch stated my medical records would be forwarded with me and IDOC would be taking care of my medical procedure.

Upon coming to Robinson Correctional plaintiff had requested and was seen by Dr. Shah and explained