E-FILED
Tuesday, 06 December, 2016 02:52:25 PM
Clerk, U.S. District Court, ILCD

to him About my Knee. DR. Shah stated," we have our own doctors here". I have recently asked for my medical records.

I will be sending in a motion for A preliminary injunction to have IDOC take care of this medical procedure on my Knee So I Am not in any further pain.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Due to the deliberate indifference to A Serious medical need and Violations of plaintiffs 8th amendment Violations to Cruel + unusual punishment. plaintiff prays this Honorable Court finds in his favor in the amount of $250,000.00 plaintiff sues defendants in their individual + official capacitys.

**JURY DEMAND** ~~Yes~~ (circled: **Yes**) **No**

**Signed this** 30th **day of** November, 2016.

Ranson Cody Carr

*(Signature of Plaintiff)*

| *Name of Plaintiff:* Ranson Cody Carr | *Inmate Identification Number:* M23387 |
| --- | --- |
| *Address:* 13423 E. 1150th Ave | *Telephone Number:* |

Robinson, IL 62454

# INMATE GRIEVANCE FORM

| | |
|---|---|
| # | |
| FWD: | |
| SGT. | |

An Inmate can file a formal grievance for any of the following four reasons:

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial of Inmate Rights or Privileges
4. Prohibited Act by Facility or Staff

Inmate's Name: Ranson Carr Cell# Booking cell #? Date: 7/14/16

Date Received: 14 JUL 2016 Time Received: 2118 Received By: Daugherty (Officer Name & ID#)

**Select Grievance or Medical Grievance**

[ ] **GRIEVANCE:** Describe Right or Privilege that has been violated. Include date and time of violation below.

**Check Level of Grievance***

- ☐ LEVEL 1: MCDF Watch Commander
- ☐ LEVEL 2: MCDF Operations Supervisor
- ☐ LEVEL 3: MCDF Assistant Superintendent
- ☐ LEVEL 4: MCDF Superintendent
- ☐ LEVEL 5: Sheriff

[X] **MEDICAL GRIEVANCE:** Describe nature of grievance. Include date and time of violation below.

**Check Level Of Grievance***

- ☒ LEVEL 1: Clinic Nurse Administrator
- ☐ LEVEL 2: Director of MCDF Health Services
- ☐ LEVEL 3: MCDF Physician
- ☐ LEVEL 4: McLean County Administrator

*Grievances may advanced only after 1). A response is received or 2). the allotted time for a response has expired

**Inmate Narrative**(Use reverse if more space is needed) I went to the doctors today and was told I was suppose to be recieving two ice packs a day which I havent 7/13/16 I recieved none and asked several nurses now he uped it to 3 icepacks a day can you please make sure I got my ice I feel like I have been not being medically taken care of do I keep the

**Staff Response:** NAME: TITLE DATE 7/15/16

Mr Carr,

You can get your ice packs 3 times a day but you need to put in a request. We will give them to you routinely until the order is ~~done~~ done on 7/17/16 (7AM, 4PM & 2100)

Anelch Rew, RHA

☐ **Informal Grievance Resolution** Staff Use Only

Officer Name and ID# | Date | Inmate Acknowledgement (Signature)

# INMATE GRIEVANCE FORM

| # | |
|---|---|
| FWD: | |
| SGT. | |

An Inmate can file a formal grievance for any of the following four reasons:

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial of Inmate Rights or Privileges
4. Prohibited Act by Facility or Staff

Inmate's Name: Ranson C. Carr Cell# Female cell Process 003 Date: 7/17/16

Date Received: 7/17/16 Time Received: 2000 Received By: Shivvrick 1308
(Officer Name & ID#)

**Select Grievance or Medical Grievance**

[ ] **GRIEVANCE:** Describe Right or Privilege that has been violated. Include date and time of violation below.

**Check Level of Grievance***

- ☐ LEVEL 1: MCDF Watch Commander
- ☐ LEVEL 2: MCDF Operations Supervisor
- ☐ LEVEL 3: MCDF Assistant Superintendent
- ☐ LEVEL 4: MCDF Superintendent
- ☐ LEVEL 5: Sheriff

[X] **MEDICAL GRIEVANCE:** Describe nature of grievance. Include date and time of violation below.

**Check Level Of Grievance***

- ☐ LEVEL 1: Clinic Nurse Administrator (circled)
- ☐ LEVEL 2: Director of MCDF Health Services
- ☐ LEVEL 3: MCDF Physician
- ☐ LEVEL 4: McLean County Administrator

*Grievances may advanced only after 1). A response is received or 2). the allotted time for a response has expired

**Inmate Narrative**(Use reverse if more space is needed) I am tierd of this I am not being given what the doctor is porscibed me or given what was written order by the doctor I am suppose to get ice 4 times daily I have not recieved that, I only recieved it 1 time today I am also suppose to get my 800 mg motrin and tynol also 3 time daily either at 4pm medicine I only got my motrin no tynol this is crazy I have been treated

**Staff Response:** NAME: Swelch RN TITLE RHA DATE 7/18/16

Mr Carr,
Your Tylenol, Motrin and ice packs are ordered 3 times a day at 8 AM, 4 PM & bedtime. I have added a reminder note to your medication sheet to be sure all staff members are aware of your complaint. Please let me know if you miss any of the above items.

Thank You
SWelch RN, RHA

☐ **Informal Grievance Resolution** Staff Use Only

Officer Name and ID# | Date | Inmate Acknowledgement (Signature)

# INMATE REQUEST FORM

Female Process

Inmate's Name: Ransom C. Carr Cell# Cell 003 Date: 7/27/16

Date Received: 7-27 Time Received: 1630 Received By: [illegible] (Officer Name & #)

**INMATE REQUEST:** Circle **ONE** recipient & check only one box per form.

**(1) Correctional Officer:** ☐ Haircut ☐ Property Release ☐ Uniform/Linen ☐ Law Library

**(2) Sergeant:** ☐ Room & Board ☐ Visiting ☐ Mail ☐ Hall Worker ☐ Personal Property ☐ Inmate Trust Acct. ☐ Permission to Write ☐ Barber Position ☐ Maintenance

**(3) Inmate Services:** ☐ Classification ☐ Counseling ☐ Court Information ☐ Bond Information

**(4) Program Director:** ☐ Commissary ☐ LifeSkills ☐ Librarian ☐ G.E.D/literacy ☐ A.A. ☐ Celebrate Recovery ☐ Food Service Worker

**(5) Medical Services** (circled)

**(6) Chaplain:** ☐ Bible Study ☐ Religious Worship ☐ Religious Literature ☐ Religious Counseling

**(7) Operations Supervisor** ☐ Appeal

**(8) MCDF Asst. Superintendent**

**(9) MCDF Superintendent**

**(10) Sheriff**

**(11) Other**

**Reason for request if not listed above:** (Use reverse if more space is needed) When is my script up? Who do I need to talk to about my motrin purchase on commissary. What doctor can I have an adress?

**Staff Response:** NAME: TITLE:

# INMATE GRIEVANCE FORM

| # | |
|---|---|
| FWD: | |
| SGT. | |

An Inmate can file a formal grievance for any of the following four reasons:

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial of Inmate Rights or Privileges
4. Prohibited Act by Facility or Staff

Inmate's Name: Ransom C. Carr Cell# Female Process Cell 003 Date: 7/28/16

Date Received: 7/29 Time Received: 0545 Received By: 8 119CO (Officer Name & ID#)

**Select Grievance or Medical Grievance**

[ ] **GRIEVANCE:** Describe Right or Privilege that has been violated. Include date and time of violation below.

**Check Level of Grievance***

☐ LEVEL 1: MCDF Watch Commander
☐ LEVEL 2: MCDF Operations Supervisor
☐ LEVEL 3: MCDF Assistant Superintendent
☐ LEVEL 4: MCDF Superintendent
☐ LEVEL 5: Sheriff

[X] **MEDICAL GRIEVANCE:** Describe nature of grievance. Include date and time of violation below.

**Check Level Of Grievance***

☐ LEVEL 1: Clinic Nurse Administrator (circled)
☐ LEVEL 2: Director of MCDF Health Services
☐ LEVEL 3: MCDF Physician
☐ LEVEL 4: McLean County Administrator

*Grievances may advanced only after 1). A response is received or 2). the allotted time for a response has expired

**Inmate Narrative**(Use reverse if more space is needed) I have witnesses to tesify to these statements in tierd of this on 7/27/16 at 8 pm meds I was recieving no ice I ask the nurse is she going to bring some back never did now on 7/28/16 at 8am nurse call I never got ice agian but my medical surgt says im suppose too that's why my knee is still the size of my head and your about to be stopping my meds I have been treated poorly and not given what the doctor says im suppose to have how is this right?

**Staff Response:** NAME: Swelch RHA TITLE DATE 7/29/16

Mr Carr,

I am sorry that you did not receive your ice pack. I will speak to the nurse who was responsible.

Swelch RHA

☐ **Informal Grievance Resolution** Staff Use Only

Officer Name and ID# ____ Date ____ Inmate Acknowledgement (Signature) ____

123015

# INMATE REQUEST FORM

Female Process

Inmate's Name: Ransom C. Carr Cell# Cell 003 Date: 7/20/16

Date Received: ____________ Time Received: ____________ Received By: ____________
(Officer Name & #)

**INMATE REQUEST:** Circle **ONE** recipient & check only one box per form.

**(1) Correctional Officer:** ☐ Haircut ☐ Property Release ☐ Uniform/Linen ☐ Law Library

**(2) Sergeant:** ☐ Room & Board ☐ Visiting ☐ Mail ☐ Hall Worker ☐ Personal Property ☐ Inmate Trust Acct. ☐ Permission to Write ☐ Barber Position ☐ Maintenance

**(3) Inmate Services:** ☐ Classification ☐ Court Information ☐ Counseling ☐ Bond Information

**(4) Program Director:** ☐ Commissary ☐ G.E.D/literacy ☐ LifeSkills ☐ A.A. ☐ Celebrate Recovery ☐ Librarian ☐ Food Service Worker

**(5) Medical Services** (circled)

**(6) Chaplain:** ☐ Bible Study ☐ Religious Worship ☐ Religious Literature ☐ Religious Counseling

**(7) Operations Supervisor** ☐ Appeal

**(8) MCDF Asst. Superintendent**

**(9) MCDF Superintendent**

**(10) Sheriff**

**(11) Other**

**Reason for request if not listed above:** (Use reverse if more space is needed) I was told by 1st shift then 2nd shift I would be getting a medical chair for my cell so I can shower I got 2 [illegible] on my [illegible] and I shower 2x a day today I slipped I am not trying to re injure [illegible] the Sgt said just get the nurse [illegible] that I can keep it in my cell so I can shower [illegible] please help me.

**Staff Response:** NAME: ____________ TITLE: ____________

7/20/2016

You will need to Request the Shower Chair as Needed. It is NOt to remain in your cell for use Other than for Bathing.

CDF/Medical

You may request a Grievance form from the Sergeant if you feel that there has been a violation of any of the following four reasons:

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial of Inmate Rights or Privileges
4. Prohibited Act by Facility or Staff

# INMATE GRIEVANCE FORM

| | |
|---|---|
| # | |
| FWD: | |
| SGT. | |

An inmate can file a formal grievance for any of the following four reasons:

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial of Inmate Rights or Privileges
4. Prohibited Act by Facility or Staff

Inmate's Name: [illegible] Cell# [illegible] Date: 7/8/16

Date Received: 7/8/16 Time Received: 1140 Received By: [illegible] 11716 (Officer Name & ID#)

Select Grievance or Medical Grievance

[ ] GRIEVANCE: Describe Right or Privilege that has been violated, include date and time of violation below.

Check Level of Grievance*

- ☐ LEVEL 1: MCDF Watch Commander
- ☐ LEVEL 2: MCDF Operations Supervisor
- ☐ LEVEL 3: MCDF Assistant Superintendent
- ☐ LEVEL 4: MCDF Superintendent
- ☐ LEVEL 5: Sheriff

[ ] MEDICAL GRIEVANCE: Describe nature of grievance, include date and time of violation below.

Check Level Of Grievance*

- ☐ LEVEL 1: Clinic Nurse Administrator
- ☐ LEVEL 2: Director of MCDF Health Services
- ☐ LEVEL 3: MCDF Physician
- ☐ LEVEL 4: McLean County Administrator

*Grievances may advanced only after 1). A response is received or 2). the allotted time for a response has expired

Inmate Narrative(Use reverse if more space is needed) Since this incident happened [illegible]

[illegible]

Staff Response: NAME: Proctor TITLE Sergeant DATE 07/8/16 1704

Mr. Carr, you were assisted in walking out of the pod to the medical department. A wheelchair was used after that. As far as a shower I made contact with you several times last night and you never made mention of a shower, hygene problems or your cell condition during these interactions. I will forward a copy of this grievance to the medical department for the other things you have mentioned.

Proctor 11872

☐ Informal Grievance Resolution Staff Use Only

Officer Name and ID# ____ Date ____ Inmate Acknowledgement (Signature) ____

before I got in the ground [illegible] the others [illegible] hand off [illegible] then I [illegible] [illegible] [illegible] only 1 dirty sheet and 1 [illegible] towel. [illegible] [illegible] [illegible] [illegible] [illegible] all [illegible] my [illegible] and [illegible] [illegible] given I could [illegible] not hardly move and [illegible] [illegible] [illegible] of taking care of myself. I was laying on a dirty sheet with another man's blood on me for several hours. I did not [illegible] any [illegible] or [illegible] until 10:30 am the following day. [illegible] [illegible] [illegible] [illegible] [illegible] then I got told by 2nd shift [illegible] when 1st shift comes in [illegible] [illegible] I [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] for hours [illegible] this cell [illegible] [illegible] that [illegible] [illegible] human [illegible] [illegible] I feel [illegible] I have been treated inhuman not getting the medical attention I need. At the hospital I was specifically told to keep my knee elevated [illegible] [illegible] that did not happen. I [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I have [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] of myself. I [illegible] [illegible] [illegible] my knee [illegible] [illegible] the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

Ransom Cody CARR # M23389
13423 E. 1150th Ave
Robinson, IL
62454

Legal Mail

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

UNITED STATES POSTAGE PITNEY BOWES
02 1M $ 01.99[0]
0004253532 DEC 01 2016
MAILED FROM ZIP CODE 62454

FILED

DEC 06 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the Central district of Illinois
Springfield, IL Division
600 E. Monroe st. 151 Federal Building
Springfield, IL
62701